UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



Russell J. Childs

CASE NO C 05 5329 JW

        Plaintiff(s),

v.

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

Advantest America R&D Center, Inc.

        Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L R 16-8 and ADR L R 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L R. 4)
    Early Neutral Evaluation (ENE) (ADR L R. 5)
    Mediation (ADR L R. 6)

*(Note Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L R 3-5)*

    **Private Process:**
    ✓    Private ADR *(please identify process and provider)* Mediation
Hon Eugene Lynch (Ret ), JAMS

The parties agree to hold the ADR session by:
        the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered )*

    ✓    other requested deadline August 15, 2006

Dated: April 14, 2006

s/David A. Lowe
Attorney for Plaintiff

Dated: April 14, 2006

s/ Stephanie Leider
Attorney for Defendant

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- Non-binding Arbitration
- Early Neutral Evaluation (ENE)
- Mediation
- ✓ Private ADR

Deadline for ADR session
- 90 days from the date of this order.
- ✓ other   August 16, 2006

IT IS SO ORDERED

Dated: 04/18/06

_/s/ James Ware_
UNITED STATES DISTRICT JUDGE