**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Russell J. Childs, | NO. C 05-05329 JW |
|     Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
|   v. | |
| Advantest America R & D Center, Inc., | |
|     Defendant. | |

    Pursuant to the parties' Joint Statement regarding the outcome of pending mediation, the Court continues the case management conference presently scheduled for September 11, 2006 to **October 2, 2006 at 10 AM**. The parties shall file an updated joint statement ten days before the date of the conference.

Dated: September 5, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David A. Lowe dal@reztlaw.com
Kenneth John Sugarman kjs@reztlaw.com
Mark C. Peters mcpeters12166@yahoo.com
Stephanie Leider sleider@laborlawyers.com
Thomas E. Duckworth tom@dpllplaw.com

**Dated: September 5, 2006**                                      **Richard W. Wieking, Clerk**

                                                      **By:   /s/ JW Chambers**
                                                              **Elizabeth Garcia**
                                                              **Courtroom Deputy**

**United States District Court**
For the Northern District of California