**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                        SAN JOSE DIVISION

10   Russell J. Childs,                        NO. C 05-05329 JW

11              Plaintiff,            **ORDER CONTINUING CASE**
        v.                            **MANAGEMENT CONFERENCE**
12
     Advantest American R & D Center, Inc., et
13   al.,

14              Defendant.
                                                    /
15

16          Pursuant to the Updated Joint Case Management Conference Statement regarding the parties'

     provisional acceptance of the mediator's settlement proposal filed September 22, 2006, the Case
17
     Management Conference scheduled for October 2, 2006 is **VACATED** and rescheduled for
18
     **Monday, November 6, 2006 at 10 AM**.  The parties shall file an updated joint statement ten days
19
     before the date of the conference.
20

21

     Dated:  September 28, 2006
22
                                            JAMES WARE
23                                          United States District Judge

24

25

26

27

28

**United States District Court**

For the Northern District of California

1    **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2    David A. Lowe dal@reztlaw.com
John L. Beers jbeers@laborlawyers.com
3    Kenneth John Sugarman kjs@reztlaw.com
Mark C. Peters mcpeters12166@yahoo.com
4    Stephanie Leider sleider@laborlawyers.com
Thomas E. Duckworth tom@dpllplaw.com

5

   **Dated:  September 28, 2006**                  **Richard W. Wieking, Clerk**

6

7                                            **By:  /s/ JW Chambers**
                                              **Elizabeth Garcia**
8                                               **Courtroom Deputy**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28