John L. Beers (State Bar No. 70117)
Tamara Devitt Naughton (State Bar No. 209683)
FISHER & PHILLIPS LLP
501 Fourteenth Street, Suite 200
Oakland, California 94612
Phone:  (510) 763-4411
Fax:      (510) 763-4418

Attorneys for Defendant
Advantest America R&D Center, Inc.

David A. Lowe (State Bar No. 178811)
Kenneth J. Sugarman (State Bar No. 195059)
RUDY, EXELROD & ZIEFF, LLP
351 California Street, Suite 700
San Francisco, CA  94104
Phone: (415) 434-9800
Fax:      (415) 434-0513

Thomas E. Duckworth (CSB #152369)
Mark C. Peters (CSB #160611)
DUCKWORTH & PETERS, LLP
235 Montgomery Street, Suite 1010
San Francisco, CA  94104
Telephone: (415) 433-0333
Facsimile: (415) 449-6556

Attorneys for Plaintiff
Dr. Russell J. Childs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL J. CHILDS,<br><br>                    Plaintiff,<br><br>          vs.<br><br>ADVANTEST AMERICA R&D CENTER, INC.,<br><br>                    Defendant. | Case No.:  C 05 5329 JW<br><br>**STIPULATION OF DISMISSAL AND PROPOSED ORDER**<br><br>Complaint Filed:  December 23, 2005 |

WHEREAS, Defendant ADVANTEST AMERICA R&D CENTER, INC. and Plaintiff DR. RUSSELL J. CHILDS have resolved this dispute by confidential settlement.

IT IS HEREBY STIPULATED by and between the parties to this action that the above-captioned action be and is dismissed with prejudice pursuant to FRCP 41(a)(1). All parties agree that this Stipulation may be executed in one or more counterparts, each of which shall be deemed an original and all of which shall constitute one and the same Stipulation.

Dated: 2007-01-03 _____

_____
Dr. Russell J. Childs

Dated: 1/4/2007 _____

_____
Robert Sauer
Advantest America R&D Center, Inc.

RUDY, EXELROD & ZIEFF, L.L.P.

Dated: _____   By: ___/s/_____
David A. Lowe
Counsel for Plaintiff Dr. Russell J. Childs

DUCKWORTH & PETERS, L.L.P.

Dated: _____   By: ___/s/_____
Mark C. Peters
Counsel for Plaintiff Dr. Russell J. Childs

FISHER & PHILLIPS LLP

Dated: _____   By: ___/s/_____
John L. Beers
Tamara Devitt Naughton
Counsel for Defendant Advantest
America R&D Center, Inc.

STIPULATION OF DISMISSAL AND ~~PROPOSED~~ ORDER
Error! Unknown document property name.

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

The stipulation of the parties having been received and considered, the within matter is dismissed, in its entirety, with prejudice.

Dated: _ Jan 11 2007

_____

JUDGE, UNITED STATES DISTRICT COURT

STIPULATION OF DISMISSAL AND ~~PROPOSED~~ ORDER

Error! Unknown document property name.

3